# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 19-01046-JVS (DFM) | Date: | December 3, 2019 |
|---|---|---|---|
| Title | Bryan Edward Kaye v. Chris Zapata et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Denise Vo | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On October 8, 2019, the Court dismissed Plaintiff's First Amended Complaint with leave to amend and ordered him within twenty-eight (28) days to either file a Second Amended Complaint or notify this Court of his election to stand on the First Amended Complaint. See Dkt. 13. Plaintiff did not do so. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

CV-90 (12/02)                             CIVIL MINUTES-GENERAL                    Initials of Deputy Clerk: dv

Page 1 of 1