# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRYAN EDWARD KAYE, | Case No. SA CV 19-01046-JVS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHRIS ZAPATA et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: February 20, 2020

_____
JAMES V. SELNA
United States District Judge